1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Respondents
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION     *E-FILED - 1/10/07*

12 YING WANG,                                         )
                                                      ) Case No. 06-6342 RMW
13          Petitioner,                         )
                                                      )
14          v.                                  )
                                                      ) **STIPULATION TO DISMISS; AND**
15 MICHAEL CHERTOFF, Secretary, Department of         ) **ORDER**
   Homeland Security; EMILIO GONZALEZ,                )
16 Director, U.S. Citizenship and Immigration         )
   Services; DAVID STILL, District Director, San      )
17 Francisco District Office of U.S. Citizenship and  )
   Immigration Services; and Michael A. Cannon,       )
18 National Nebraska Namecheck Section Chief, FBI,    )
                                                      )
19          Respondents.                        )
                                                      )

20

21      Petitioner, by and through her attorney of record, and Respondents, by and through their

22 attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

23 in light of the adjudication of Petitioner's adjustment of status application.

24      Each of the parties shall bear their own costs and fees.

25 ///

26 ///

27

28

Stip. to Dismiss
C06-6342 RMW                  1

| | | |
|---|---|---|
| 1 | Date: January 3, 2007 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| 3 | | United States Attorney |
| 4 | | |
| 5 | | _____/s/_____ |
| | | EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney |
| | | Attorneys for Respondents |

<br>

| | | |
|---|---|---|
| 9 | Date: January 7, 2007 | _____/s/_____ |
| | | TERESA T. CAI |
| | | Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  1/10/07                              /S/ RONALD M. WHYTE
                                           _____
                                           RONALD M. WHYTE
                                           United States District Judge